IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16850

_____

D.C. Docket No. 3:14-cv-00153-TCB

ANDREA GOGEL,

Plaintiff - Appellant,

versus

KIA MOTORS MANUFACTURING OF
GEORGIA, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM
PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, BRANCH, and
GRANT, Circuit Judges[*]:

_____

[*] Judge Newsom, having recused himself, did not participate in the poll.

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc.  The panel's opinion is VACATED.